IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-cr-00152-TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| KEVIN LANCE MCCORD, | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent the defendant on October 8, 2019. The Federal Defender has determined this case should go to the panel. CJA Panel attorney Jessica Graves is hereby appointed effective October 11, 2019, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: October 15, 2019

_____
Troy L. Nunley
United States District Judge