UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN LANCE MCCORD,

    Defendant.

Case No. 2:19-CR-00152-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN LANCE MCCORD, Case No. 2:19-CR-00152-TLN Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on January 16, 2020 at 10:05 AM.

By: _____
District Judge Troy L. Nunley