McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN LANCE McCORD, <br><br> Defendant. | CASE NO. 2:19-CR-00152-TLN <br><br> STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; ORDER <br><br> DATE: January 21, 2021 <br> TIME: 9:15 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a dispositional hearing on January 21, 2021.

2. By this stipulation, the parties now move to continue the dispositional hearing until February 18, 2021, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to meet with the defendant and discuss the dispositional hearing.

    b) The government does not object to the continuance.

///

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE OF DISPOSITIONAL HEARING

1

c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: January 19, 2021
McGREGOR W. SCOTT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: January 19, 2021
/s/ JESSICA GRAVES
JESSICA GRAVES
Counsel for Defendant
KEVIN LANCE McCORD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of January, 2021.

Troy L. Nunley
United States District Judge